UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CVETKO ZDRAVKOVSKI and ALEXSANDER MAKEDONSKI KONSULTACCI, LLC,<br><br>    Plaintiff,<br>vs.<br><br>CHARTER TOWNSHIP OF REDFORD, a Municipal Corporation; CHARTER TOWNSHIP OF REDFORD BOARD OF TRUSTEES, a Public Body; LILY CAVANAGH, LINDA JACKSON, ELIZABETH KANGAS, and KIMBERLY TAYLOR,<br><br>    Defendants. | Case No. 21-cv-12016-TGB-EAS<br>Hon. Terrence G. Berg<br>Magistrate Judge Elizabeth A. Stafford |

| | |
|---|---|
| Derek A. Hurt (P37088)<br>Derek A. Hurt, PLC<br>Attorneys for Plaintiffs<br>21555 Melrose Avenue, Suite 24<br>Southfield, MI 48075<br>(248) 663-5800<br>attydah@comcast.net | Lauri B. Stewart (P55014)<br>KERR, RUSSELL AND WEBER, PLC<br>Attorneys for Defendants<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI 48226-3427<br>(313) 961-0200; Fax (313) 961-0388<br>lstewart@kerr-russell.com |

## **ORDER OF SUBSTITUTION OF COUNSEL**

Upon filing the Consent to Substitution of Attorneys, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED and agreed that Gouri G. Sashital of Keller Thoma, P.C. shall be substituted as counsel of record for Defendant ELIZABETH

{39020/18/D1742639.DOCX;1}

KANGAS only, in the above-captioned lawsuit in place and stead of Lauri B. Stewart of Kerr Russell and Weber, PLC, which shall be removed from the docket as attorney of record in this action for Defendant Kangas only.

    This Order does not close the matter.

Dated: September 1, 2022        /s/Terrence G. Berg_____
                                          United States District Court Judge

Order prepared by:

LAURI B. STEWART (P55014)
Attorney for Defendants
lstewart@kerr-russell.com