UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CVETKO ZDRAVKOVSKI, et al.,**<br><br>Plaintiffs,<br>vs.<br><br>**CHARTER TOWNSHIP OF REDFORD, et al.,**<br><br>Defendants. | **2:21-CV-12016-TGB-EAS**<br><br>**JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  September 30, 2023.

    KINIKIA ESSEX
    CLERK OF THE COURT

    s/A. Chubb
    Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE